AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### WESTERN DISTRICT OF KENTUCKY - PADUCAH DIVISION

| | |
|---|---|
| HEATHER SPEES )<br>*Plaintiff* )<br>v. )<br>JAMES MARINE, INC. AND JAMESBUILT, LLC )<br>*Defendant* ) | Civil Action No.   5:08-CV-73-R |

## JUDGMENT IN A CIVIL ACTION

**APPEARANCES:**   DONALD W. SULLENGER FOR THE PLAINTIFF

DAVID L. KELLY FOR THE DEFENDANTS

**XX JURY VERDICT**:   This action came before the Court for a trial by jury on **January 6, 2011**.  The issues have been tried and the jury has rendered its verdict.

**IT IS ORDERED AND ADJUDGED**:

The Judgment is entered in favor of the Defendants and Plaintiff's claims against the Defendants are dismissed with prejudice.  Defendant may recover court cost.

cc:   Counsel

10/45